FILED

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA  00 MAR 24  PM 12:59
SOUTHERN DIVISION

U.S. DISTRICT COURT
N.D. OF ALABAMA

| | | |
|---|---|---|
| CURTIS PEARSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CV 99-B-3194-S |
| | ) | |
| ANNETTE PEARSON, | ) | |
| | ) | |
| Defendant. | ) | |

ENTERED

MAR 24 2000

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on February 2, 2000, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed under 28 U.S.C. § 1915A(b)(1). In response, plaintiff has filed a "Motion to Appeal" (Document #13) and a "Motion to Show Dockets" (Document #15), both of which the Court construes as objections to the report and recommendation.

In his report and recommendation, the magistrate judge determined that this action is barred by the applicable statute of limitations and that the sole defendant -- plaintiff's ex-wife -- is not a state actor subject to suit under § 1983. In his "Motion to Appeal" and "Motion to Show Dockets," plaintiff argues that he had previously filed law suits in state court which tolled the running of the statute of limitations. The documentation provided by plaintiff, however, contains no indication that plaintiff's ex-wife was a defendant in those actions so that the statute of limitations would have been tolled as to her. Moreover, plaintiff does not contest the magistrate judge's finding that the sole defendant is not a state actor subject to suit under § 1983.

16

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections thereto, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed pursuant to 28 U.S.C. § 1915A(b)(1). A Final Judgment will be entered.

DATED this 24th day of March, 2000.

SHARON LOVELACE BLACKBURN
UNITED STATES DISTRICT JUDGE